```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX HERNAN PACHA LLUGSHA,

                Petitioner,

-against-

JOHN DOE, et al.,

                Respondents.

25-CV-09373 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On November 10, 2025, a petition for a Writ of Habeas Corpus ("Petition") was filed under 28 U.S.C. § 2241 on behalf of Alex Hernan Pacha Llugsha ("Petitioner"). Dkt. No. 1. The Petition alleges that a Government agent detained Petitioner on November 10, 2025, and brought him to 26 Federal Plaza in Manhattan, New York. The Court issued an Order to Show Cause requiring Respondents to respond by November 14, 2025, Petitioner to reply by November 18, 2025, and counsel for all parties to appear at a hearing scheduled for November 20, 2025. Dkt. No. 4. On November 14, 2025, Respondents moved to transfer this action to the District Court for the District of New Jersey, arguing that Petitioner was already in New Jersey when his counsel filed the Petition. Dkt. Nos. 6 & 7; *see Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025) ("[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004))). On November 18, 2025, Petitioner's representative moved for a one-week extension to seek a declaration from his client concerning "the timing of the transfer to New Jersey." (Dkt. No. 10). On consideration of the foregoing, it is hereby ORDERED that:

(1) Petitioner's motion is GRANTED. Any further declaration concerning the timing of Petitioner's transfer to New Jersey shall be filed on or before **Monday, December 1, 2025**. If Petitioner does not intend to file a further declaration, he shall notify the Court by email at GarnettNYSDChambers@nysd.uscourts.gov by no later than **December 1, 2025**.

(2) Respondents are directed to make all reasonable efforts to ensure that Petitioner's representative is able to communicate with Petitioner to prepare the declaration.

(3) The conference scheduled for November 20, 2025, at 2:30 p.m. is ADJOURNED *sine die*.

The Court will issue an appropriate order addressing the Government's motion to transfer after receiving any further declaration.

Dated: November 20, 2025

New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge